# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | : CASE NO: 15-15519-SDR |
| | : CHAPTER: 13 |
| | : |
| LEWIS EDWIN CULBERSON | : |
| PATRICIA DIANNE CULBERSON | : |
|    Debtors | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES

U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-2, Mortgage-Backed Notes, Series 2013-2 FHA/VA/RHS: Nationstar Mortgage LLC (hereinafter referred to as "Creditor") hereby enters its appearance and the law firm of Rubin Lublin TN, PLLC, pursuant to Bankruptcy Rules 2002 and 9010, hereby enters their appearance as attorneys for Creditor with regard to all matters and proceedings, pleadings and complaints and adversary proceedings filed in connection with the above-referenced case, showing counsel's name, office address and telephone number as follows:

Natalie Brown, Esq.
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for said Creditor.

PLEASE TAKE FURTHER NOTICE that this request is made without submitting to the jurisdiction of the Court, without waiving service of process or otherwise waiving any rights.

Respectfully submitted,

Rubin Lublin TN, PLLC

By: /s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing to the said parties as follows:

The following parties were served by electronic notice:

Richard L Banks, Esq.
amiles@rbankslawfirm.com

Kara L West
chattecf@ch13cha.com

This 20th day of January, 2016

/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor