UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

IN RE:                                                        Case No.:   15-15519 SDR
LEWIS EDWIN CULBERSON                                         Chapter 13
PATRICIA DIANNE CULBERSON

## NOTICE OF FINAL CURE PAYMENT

According to Fed. Bankr. Rule 3002.1(f), the Trustee gives notice that the amount required to cure the prepetition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**Part 1: MORTGAGE INFORMATION**
　Creditor Name:                    **NATIONSTAR MORTGAGE LLC**

　Court Claim Number: **006**        UCI: NA

　Last Four of Account Id Number:    1213

　Property Address, if available:    ROUTE 1 BOX 182

**Part 2: CURE AMOUNT**
　a.  Allowed prepetition arrearage:                                      $18653.05
　b.  Prepetition arrearage paid by the Trustee:                          $18653.05
　c.  Amount of postpetition fees, expenses and charges
　　　recoverable under FRBP 3002.1(c):                                   $0.00
　d.  Amount of postpetition fees, expenses and charges
　　　recoverable under FRBP 3002.1(c) paid by the Trustee:               $0.00
　Total Disbursements by Trustee:                                         $71,641.53

**Part 3: POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the Trustee conduit.

Current Monthly Mortgage Payment: $964.65

Next post-petition payment due: June 2020

**To the extent that the Debtor is not current as of the date of this notice, the creditor should file a response indicating same.**

## YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions. To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this notice sent to debtor(s) and creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: 6/17/2020                               Respectfully Submitted:

                                               s/ Kara L. West, Trustee
                                               Kara L. West (TN No. 25744)
                                               Standing Chapter 13 Trustee
                                               P.O. Box 511
                                               Chattanooga, TN 37401
                                               (423) 265-2261

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020 a copy of the Notice of Final Cure was served on those listed below as indicated:

**Via electronic noticing:**

RICHARD L BANKS & ASSOCIATES - ECF
US Trustee – ECF
Bankruptcy Court – ECF
RUBIN LUBLIN TN PLLC – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the address listed:**

Debtor:   LEWIS EDWIN CULBERSON, 1457 CHESTUEE ROAD, , DELANO, TN    37325
Creditor:   NATIONSTAR MORTGAGE LLC, PO BOX 619094, , DALLAS, TX 75261-9741
Creditor Noticing Address:     NATIONSTAR MORTGAGE LLC PO BOX 619096   DALLAS TX 75261-9741

                                               s/ Kara L. West w/permission by DRJ (35)
                                               Chapter 13 Trustee
                                               P.O. Box 511
                                               Chattanooga, TN 37401-0511
                                               (423) 265-2261

# Disbursements for Claim

**Case:** 15-15519   **LEWIS EDWIN CULBERSON**

**NATIONSTAR MORTGAGE LLC**
PO BOX 619094

DALLAS, TX  75261-9741

Sequence: 24
Modify:
Filed Date: 4/25/2016 12:00:00AM
Hold Code:

Acct No: 1213/RT 1 BOX 182 37325

RT 1 BOX 182 DELANO TN 37325***

|  |  |
|---|---|
| Amt Sched: $62,997.85 | Debt: $52,988.48 |
| Amt Due: $941.90 | Paid: $52,988.48 |

Interest Paid: $0.00
Accrued Int: $0.00
Balance Due: $0.00

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| **0060    NATIONSTAR MORTGAGE LLC** | | | | | | | |
| NATIONSTAR MORTGAGE LLC | | 05/31/2020 | 2066418 | $941.90 | $0.00 | $941.90 | |
| NATIONSTAR MORTGAGE LLC | | 04/30/2020 | 2062431 | $941.90 | $0.00 | $941.90 | 05/22/2020 |
| NATIONSTAR MORTGAGE LLC | | 03/31/2020 | 2058670 | $941.90 | $0.00 | $941.90 | 04/24/2020 |
| NATIONSTAR MORTGAGE LLC | | 02/29/2020 | 2054543 | $941.90 | $0.00 | $941.90 | 03/25/2020 |
| NATIONSTAR MORTGAGE LLC | | 01/31/2020 | 2050537 | $941.90 | $0.00 | $941.90 | 02/21/2020 |
| NATIONSTAR MORTGAGE LLC | | 12/31/2019 | 2046517 | $941.90 | $0.00 | $941.90 | 01/23/2020 |
| NATIONSTAR MORTGAGE LLC | | 11/30/2019 | 2042490 | $941.90 | $0.00 | $941.90 | 12/26/2019 |
| NATIONSTAR MORTGAGE LLC | V | 11/14/2019 | 2038591 | ($941.90) | $0.00 | ($941.90) | 11/14/2019 |
| NATIONSTAR MORTGAGE LLC | M | 11/14/2019 | 2039494 | $941.90 | $0.00 | $941.90 | 11/29/2019 |
| NATIONSTAR MORTGAGE LLC | | 10/31/2019 | 2038591 | $941.90 | $0.00 | $941.90 | 11/14/2019 |
| NATIONSTAR MORTGAGE LLC | V | 10/14/2019 | 2034491 | ($941.90) | $0.00 | ($941.90) | 10/14/2019 |
| NATIONSTAR MORTGAGE LLC | M | 10/14/2019 | 2035390 | $941.90 | $0.00 | $941.90 | 10/28/2019 |
| NATIONSTAR MORTGAGE LLC | | 09/30/2019 | 2034491 | $941.90 | $0.00 | $941.90 | 10/14/2019 |
| NATIONSTAR MORTGAGE LLC | | 08/31/2019 | 2030474 | $941.90 | $0.00 | $941.90 | 09/26/2019 |
| NATIONSTAR MORTGAGE LLC | | 07/31/2019 | 2026288 | $941.90 | $0.00 | $941.90 | 08/22/2019 |
| NATIONSTAR MORTGAGE LLC | | 06/30/2019 | 2022108 | $941.90 | $0.00 | $941.90 | 07/29/2019 |
| NATIONSTAR MORTGAGE LLC | | 05/31/2019 | 2017927 | $936.32 | $0.00 | $936.32 | 06/24/2019 |
| NATIONSTAR MORTGAGE LLC | | 04/30/2019 | 2013525 | $936.32 | $0.00 | $936.32 | 05/28/2019 |
| NATIONSTAR MORTGAGE LLC | | 03/31/2019 | 2009122 | $936.32 | $0.00 | $936.32 | 04/26/2019 |
| NATIONSTAR MORTGAGE LLC | M | 03/13/2019 | 2005904 | $936.32 | $0.00 | $936.32 | 03/27/2019 |
| NATIONSTAR MORTGAGE LLC | V | 03/13/2019 | 2004968 | ($936.32) | $0.00 | ($936.32) | 03/13/2019 |
| NATIONSTAR MORTGAGE LLC | | 02/28/2019 | 2004968 | $936.32 | $0.00 | $936.32 | 03/13/2019 |
| NATIONSTAR MORTGAGE LLC | | 01/31/2019 | 2000831 | $936.32 | $0.00 | $936.32 | 02/26/2019 |
| NATIONSTAR MORTGAGE LLC | | 12/31/2018 | 1996773 | $964.94 | $0.00 | $964.94 | 01/28/2019 |
| NATIONSTAR MORTGAGE LLC | | 11/30/2018 | 1992719 | $1,347.53 | $0.00 | $1,347.53 | 12/26/2018 |
| NATIONSTAR MORTGAGE LLC | | 10/31/2018 | 1988687 | $1,337.29 | $0.00 | $1,337.29 | 11/30/2018 |
| NATIONSTAR MORTGAGE LLC | | 09/30/2018 | 1980256 | $1,242.05 | $0.00 | $1,242.05 | 10/26/2018 |
| NATIONSTAR MORTGAGE LLC | | 08/31/2018 | 1976116 | $1,196.59 | $0.00 | $1,196.59 | 09/24/2018 |
| NATIONSTAR MORTGAGE LLC | | 06/30/2018 | 1967432 | $1,086.17 | $0.00 | $1,086.17 | 07/24/2018 |
| NATIONSTAR MORTGAGE LLC | | 05/31/2018 | 1963104 | $1,041.83 | $0.00 | $1,041.83 | 06/26/2018 |
| NATIONSTAR MORTGAGE LLC | | 04/30/2018 | 1958604 | $1,076.23 | $0.00 | $1,076.23 | 05/23/2018 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | | 03/31/2018 | 1953945 | $1,156.10 | $0.00 | $1,156.10 | 04/23/2018 |
| NATIONSTAR MORTGAGE LLC | | 02/28/2018 | 1949221 | $1,162.25 | $0.00 | $1,162.25 | 03/21/2018 |
| NATIONSTAR MORTGAGE LLC | | 01/31/2018 | 1944806 | $1,162.24 | $0.00 | $1,162.24 | 02/22/2018 |
| NATIONSTAR MORTGAGE LLC | | 12/31/2017 | 1940171 | $1,162.24 | $0.00 | $1,162.24 | 01/24/2018 |
| NATIONSTAR MORTGAGE LLC | | 11/30/2017 | 1935674 | $1,162.24 | $0.00 | $1,162.24 | 12/27/2017 |
| NATIONSTAR MORTGAGE LLC | | 10/31/2017 | 1931105 | $1,162.24 | $0.00 | $1,162.24 | 11/28/2017 |
| NATIONSTAR MORTGAGE LLC | | 09/30/2017 | 1926487 | $1,167.38 | $0.00 | $1,167.38 | 10/24/2017 |
| NATIONSTAR MORTGAGE LLC | | 08/31/2017 | 1921800 | $1,167.38 | $0.00 | $1,167.38 | 09/21/2017 |
| NATIONSTAR MORTGAGE LLC | | 07/31/2017 | 1917111 | $1,167.38 | $0.00 | $1,167.38 | 08/24/2017 |
| NATIONSTAR MORTGAGE LLC | | 06/30/2017 | 1912434 | $1,222.88 | $0.00 | $1,222.88 | 07/24/2017 |
| NATIONSTAR MORTGAGE LLC | | 05/31/2017 | 1907680 | $1,237.86 | $0.00 | $1,237.86 | 06/22/2017 |
| NATIONSTAR MORTGAGE LLC | M | 05/13/2017 | 1903878 | $1,207.91 | $0.00 | $1,207.91 | 05/22/2017 |
| NATIONSTAR MORTGAGE LLC | V | 05/13/2017 | 1902753 | ($1,207.91) | $0.00 | ($1,207.91) | 05/13/2017 |
| NATIONSTAR MORTGAGE LLC | | 04/30/2017 | 1902753 | $1,207.91 | $0.00 | $1,207.91 | 05/13/2017 |
| NATIONSTAR MORTGAGE LLC | V | 04/13/2017 | 1897955 | ($1,222.88) | $0.00 | ($1,222.88) | 04/13/2017 |
| NATIONSTAR MORTGAGE LLC | M | 04/13/2017 | 1899108 | $1,222.88 | $0.00 | $1,222.88 | 04/20/2017 |
| NATIONSTAR MORTGAGE LLC | | 03/31/2017 | 1897955 | $1,222.88 | $0.00 | $1,222.88 | 04/13/2017 |
| NATIONSTAR MORTGAGE LLC | | 02/28/2017 | 1892982 | $1,222.88 | $0.00 | $1,222.88 | 03/21/2017 |
| NATIONSTAR MORTGAGE LLC | | 01/31/2017 | 1888345 | $1,222.88 | $0.00 | $1,222.88 | 02/23/2017 |
| NATIONSTAR MORTGAGE LLC | M | 01/12/2017 | 1884655 | $1,222.88 | $0.00 | $1,222.88 | 01/19/2017 |
| NATIONSTAR MORTGAGE LLC | V | 01/12/2017 | 1883602 | ($1,222.88) | $0.00 | ($1,222.88) | 01/12/2017 |
| NATIONSTAR MORTGAGE LLC | | 12/31/2016 | 1883602 | $1,222.88 | $0.00 | $1,222.88 | 01/12/2017 |
| NATIONSTAR MORTGAGE LLC | | 10/31/2016 | 1874194 | $1,223.37 | $0.00 | $1,223.37 | 11/22/2016 |
| NATIONSTAR MORTGAGE LLC | | 09/30/2016 | 1869361 | $1,228.53 | $0.00 | $1,228.53 | 10/26/2016 |
| NATIONSTAR MORTGAGE LLC | | 08/31/2016 | 1864514 | $1,228.53 | $0.00 | $1,228.53 | 09/22/2016 |
| NATIONSTAR MORTGAGE LLC | | 07/31/2016 | 1859560 | $1,228.53 | $0.00 | $1,228.53 | 08/22/2016 |
| NATIONSTAR MORTGAGE LLC | | 06/30/2016 | 1854729 | $1,228.53 | $0.00 | $1,228.53 | 07/22/2016 |
| NATIONSTAR MORTGAGE LLC | | 05/31/2016 | 1849754 | $687.74 | $0.00 | $687.74 | 06/21/2016 |
| NATIONSTAR MORTGAGE LLC | | 04/30/2016 | 1844647 | $1,856.60 | $0.00 | $1,856.60 | 05/25/2016 |
| | | | Sub-totals: | $52,988.48 | $0.00 | $52,988.48 | |

**0061    NATIONSTAR MORTGAGE LLC**

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | | 05/31/2020 | 2066418 | $889.05 | $0.00 | $889.05 | |
| NATIONSTAR MORTGAGE LLC | | 04/30/2020 | 2062431 | $343.00 | $0.00 | $343.00 | 05/22/2020 |
| NATIONSTAR MORTGAGE LLC | | 03/31/2020 | 2058670 | $343.00 | $0.00 | $343.00 | 04/24/2020 |
| NATIONSTAR MORTGAGE LLC | | 02/29/2020 | 2054543 | $343.00 | $0.00 | $343.00 | 03/25/2020 |
| NATIONSTAR MORTGAGE LLC | | 01/31/2020 | 2050537 | $343.00 | $0.00 | $343.00 | 02/21/2020 |
| NATIONSTAR MORTGAGE LLC | | 12/31/2019 | 2046517 | $343.00 | $0.00 | $343.00 | 01/23/2020 |
| NATIONSTAR MORTGAGE LLC | | 11/30/2019 | 2042490 | $343.00 | $0.00 | $343.00 | 12/26/2019 |
| NATIONSTAR MORTGAGE LLC | V | 11/14/2019 | 2038591 | ($343.00) | $0.00 | ($343.00) | 11/14/2019 |
| NATIONSTAR MORTGAGE LLC | M | 11/14/2019 | 2039494 | $343.00 | $0.00 | $343.00 | 11/29/2019 |
| NATIONSTAR MORTGAGE LLC | | 10/31/2019 | 2038591 | $343.00 | $0.00 | $343.00 | 11/14/2019 |
| NATIONSTAR MORTGAGE LLC | V | 10/14/2019 | 2034491 | ($343.00) | $0.00 | ($343.00) | 10/14/2019 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | M | 10/14/2019 | 2035390 | $343.00 | $0.00 | $343.00 | 10/28/2019 |
| NATIONSTAR MORTGAGE LLC | | 09/30/2019 | 2034491 | $343.00 | $0.00 | $343.00 | 10/14/2019 |
| NATIONSTAR MORTGAGE LLC | | 08/31/2019 | 2030474 | $343.00 | $0.00 | $343.00 | 09/26/2019 |
| NATIONSTAR MORTGAGE LLC | | 07/31/2019 | 2026288 | $343.00 | $0.00 | $343.00 | 08/22/2019 |
| NATIONSTAR MORTGAGE LLC | | 06/30/2019 | 2022108 | $343.00 | $0.00 | $343.00 | 07/29/2019 |
| NATIONSTAR MORTGAGE LLC | | 05/31/2019 | 2017927 | $343.00 | $0.00 | $343.00 | 06/24/2019 |
| NATIONSTAR MORTGAGE LLC | | 04/30/2019 | 2013525 | $343.00 | $0.00 | $343.00 | 05/28/2019 |
| NATIONSTAR MORTGAGE LLC | | 03/31/2019 | 2009122 | $343.00 | $0.00 | $343.00 | 04/26/2019 |
| NATIONSTAR MORTGAGE LLC | V | 03/13/2019 | 2004968 | ($343.00) | $0.00 | ($343.00) | 03/13/2019 |
| NATIONSTAR MORTGAGE LLC | M | 03/13/2019 | 2005904 | $343.00 | $0.00 | $343.00 | 03/27/2019 |
| NATIONSTAR MORTGAGE LLC | | 02/28/2019 | 2004968 | $343.00 | $0.00 | $343.00 | 03/13/2019 |
| NATIONSTAR MORTGAGE LLC | | 01/31/2019 | 2000831 | $343.00 | $0.00 | $343.00 | 02/26/2019 |
| NATIONSTAR MORTGAGE LLC | | 12/31/2018 | 1996773 | $344.96 | $0.00 | $344.96 | 01/28/2019 |
| NATIONSTAR MORTGAGE LLC | | 11/30/2018 | 1992719 | $405.23 | $0.00 | $405.23 | 12/26/2018 |
| NATIONSTAR MORTGAGE LLC | | 10/31/2018 | 1988687 | $415.47 | $0.00 | $415.47 | 11/30/2018 |
| NATIONSTAR MORTGAGE LLC | | 09/30/2018 | 1980256 | $510.71 | $0.00 | $510.71 | 10/26/2018 |
| NATIONSTAR MORTGAGE LLC | | 08/31/2018 | 1976116 | $535.77 | $0.00 | $535.77 | 09/24/2018 |
| NATIONSTAR MORTGAGE LLC | | 06/30/2018 | 1967432 | $495.62 | $0.00 | $495.62 | 07/24/2018 |
| NATIONSTAR MORTGAGE LLC | | 05/31/2018 | 1963104 | $499.26 | $0.00 | $499.26 | 06/26/2018 |
| NATIONSTAR MORTGAGE LLC | | 04/30/2018 | 1958604 | $474.48 | $0.00 | $474.48 | 05/23/2018 |
| NATIONSTAR MORTGAGE LLC | | 03/31/2018 | 1953945 | $416.95 | $0.00 | $416.95 | 04/23/2018 |
| NATIONSTAR MORTGAGE LLC | | 02/28/2018 | 1949221 | $412.53 | $0.00 | $412.53 | 03/21/2018 |
| NATIONSTAR MORTGAGE LLC | | 01/31/2018 | 1944806 | $412.52 | $0.00 | $412.52 | 02/22/2018 |
| NATIONSTAR MORTGAGE LLC | | 12/31/2017 | 1940171 | $412.53 | $0.00 | $412.53 | 01/24/2018 |
| NATIONSTAR MORTGAGE LLC | | 11/30/2017 | 1935674 | $412.52 | $0.00 | $412.52 | 12/27/2017 |
| NATIONSTAR MORTGAGE LLC | | 10/31/2017 | 1931105 | $412.53 | $0.00 | $412.53 | 11/28/2017 |
| NATIONSTAR MORTGAGE LLC | | 09/30/2017 | 1926487 | $414.08 | $0.00 | $414.08 | 10/24/2017 |
| NATIONSTAR MORTGAGE LLC | | 08/31/2017 | 1921800 | $414.07 | $0.00 | $414.07 | 09/21/2017 |
| NATIONSTAR MORTGAGE LLC | | 07/31/2017 | 1917111 | $414.07 | $0.00 | $414.07 | 08/24/2017 |
| NATIONSTAR MORTGAGE LLC | | 06/30/2017 | 1912434 | $374.10 | $0.00 | $374.10 | 07/24/2017 |
| NATIONSTAR MORTGAGE LLC | | 05/31/2017 | 1907680 | $378.61 | $0.00 | $378.61 | 06/22/2017 |
| NATIONSTAR MORTGAGE LLC | | 04/30/2017 | 1902754 | $369.57 | $0.00 | $369.57 | 05/22/2017 |
| NATIONSTAR MORTGAGE LLC | M | 04/13/2017 | 1899108 | $374.10 | $0.00 | $374.10 | 04/20/2017 |
| NATIONSTAR MORTGAGE LLC | V | 04/13/2017 | 1897955 | ($374.10) | $0.00 | ($374.10) | 04/13/2017 |
| NATIONSTAR MORTGAGE LLC | | 03/31/2017 | 1897955 | $374.10 | $0.00 | $374.10 | 04/13/2017 |
| NATIONSTAR MORTGAGE LLC | | 02/28/2017 | 1892982 | $374.10 | $0.00 | $374.10 | 03/21/2017 |
| NATIONSTAR MORTGAGE LLC | | 01/31/2017 | 1888345 | $374.10 | $0.00 | $374.10 | 02/23/2017 |
| NATIONSTAR MORTGAGE LLC | V | 01/12/2017 | 1883602 | ($374.10) | $0.00 | ($374.10) | 01/12/2017 |
| NATIONSTAR MORTGAGE LLC | M | 01/12/2017 | 1884655 | $374.10 | $0.00 | $374.10 | 01/19/2017 |
| NATIONSTAR MORTGAGE LLC | | 12/31/2016 | 1883602 | $374.10 | $0.00 | $374.10 | 01/12/2017 |
| NATIONSTAR MORTGAGE LLC | | 10/31/2016 | 1874194 | $374.11 | $0.00 | $374.11 | 11/22/2016 |
| NATIONSTAR MORTGAGE LLC | | 09/30/2016 | 1869361 | $375.66 | $0.00 | $375.66 | 10/26/2016 |
| NATIONSTAR MORTGAGE LLC | | 08/31/2016 | 1864514 | $375.66 | $0.00 | $375.66 | 09/22/2016 |

| name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | | 07/31/2016 | 1859560 | $375.66 | $0.00 | $375.66 | 08/22/2016 |
| NATIONSTAR MORTGAGE LLC | | 06/30/2016 | 1854729 | $375.66 | $0.00 | $375.66 | 07/22/2016 |
| NATIONSTAR MORTGAGE LLC | | 05/31/2016 | 1849754 | $210.64 | $0.00 | $210.64 | 06/21/2016 |
| NATIONSTAR MORTGAGE LLC | | 04/30/2016 | 1844647 | $166.63 | $0.00 | $166.63 | 05/25/2016 |
| | | | Sub-totals: | $18,653.05 | $0.00 | $18,653.05 | |
| | | | Grand Total: | $71,641.53 | $0.00 | | |