**The order is approved as submitted except that the court reserves its right to reconsider whether notice has been sufficient at the time of the hearing based on the circumstances in this case.**



**SO ORDERED.**
**SIGNED this 26th day of March, 2021**

*Shelley D. Rucker*
Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| LEWIS EDWIN CULBERSON | ) | Chapter 13 |
| PATRICIA DIANNE CULBERSON | ) | Case No. 1:15-bk-15519-SDR |
| Debtors. | ) | |

_____

**ORDER**
_____

This matter is before the Court upon the Debtors' Motion to Shorten Time for Notice of Hearing for the Debtors' Motion to Reopen Chapter 13 case ("Motion") to **April 8, 2021 at 1:30 PM**. Upon good cause shown, it is hereby

**ORDERED** that the time for notice of hearing for the Debtors' Motion shall be shortened to **April 8, 2021 at 1:30PM**.

### # #

APPROVED FOR ENTRY:

RICHARD BANKS & ASSOCIATES, PC

By: /s/ Richard L. Banks_____
Richard L. Banks (BPR No. 000617)
393 Broad Street NW
P.O. Box 1515
Cleveland, TN 37364-1515
P: (423) 479-4188
F: (423) 478-1175
rbanks@rbankslawfirm.com
*Counsel for the Debtor(s)*